ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Fax:         (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

**FILED**

November 16, 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 23-00329-PCP |
| Plaintiff, | ) |
| | ) STIPULATION TO RESET CHANGE OF PLEA |
| v. | ) HEARING AND EXCLUDE TIME FROM |
| | ) NOVEMBER 22, 2023 TO JANUARY 17, 2024 |
| JOSE MIGUEL QUINONEZ-FIGUEROA, | ) AND [~~PROPOSED~~] ORDER |
| | ) |
| Defendant. | ) **UNDER SEAL** |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JOSE MIGUEL QUINONEZ-FIGUEROA that (1) the change of plea hearing set for NOVEMBER 22, 2023 be vacated and reset to JANUARY 17, 2024, at 10 am due to defense counsel's unavailability and the parties' need to finalize the plea agreement, (2) time be excluded under the Speedy Trial Act from NOVEMBER 22, 2023 through JANUARY 17, 2024, and (3) this stipulation and order be sealed such that the Clerk's Office only provides filed copies to the parties.

The parties stipulate and agree to excluding time from NOVEMBER 22, 2023 through JANUARY 17, 2024 to allow for the continuity of counsel and the effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from NOVEMBER 22, 2023

through JANUARY 17, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

The defendant moves, and the government does not object, to this stipulation and order being filed under seal due to the sensitive nature of the defendant's ongoing cooperation with the government, as discussed during the status conference on September 13, 2023, the minutes of which are under seal.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: November 16, 2023

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney

_____/s/_____
BRUCE C. FUNK
Counsel for Defendant
JOSE MIGUEL QUINONEZ-FIGUEROA

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that time is excluded from NOVEMBER 22, 2023 through JANUARY 17, 2024, and that failing to exclude the time from NOVEMBER 22, 2023 through JANUARY 17, 2024 would deny the defendant continuity of counsel and unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from NOVEMBER 22, 2023 through JANUARY 17, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from NOVEMBER 22, 2023 through JANUARY 17, 2024 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h).

At the request of the parties, the change of plea hearing presently set for NOVEMBER 22, 2023 is vacated, and is now set on JANUARY 17, 2024 at 10 am.

For good cause shown, this stipulation and order shall be filed UNDER SEAL, and the Clerk's Office shall provide copies only to the parties.

**IT IS SO ORDERED.**

Dated: November 16, 2023    _

_____
HON. P. CASEY PITTS
United States District Judge

2092-6564-1729, v. 1

STIP TO CONT, EXCLUDE TIME & ORDER            3
Case No. CR 23-00329-PCP                                         v. 7/10/2018